Ex Parte Laman Lovett

The Court of criminal Appeals
P.O. Box 12308 capitol station
Austin Tx 78711

76,090-06

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

RE D-1-DC-10-904094-C

To the honorable Justices of the court of Criminal Appeals I can not be held to the same stringent standards as an attorney contro v us 540 U.S. 375, 124 Sct 786 (2003) also in Haines us Kerner 404 U.S. 519, 92 Sct 594 (1972)

I was convicted in a Reindictment then the original cause numbers were subsequently dismissed. Therefore the conviction should also be dismissed because it is a Reindictment conviction also there is Testimony from an uncredible Person with a solicitation charge that also was subsequently dismissed therefore, I was not given a fair Trial. That should have been afforded to me by our constitution please do the only legal action in my opinion and grant me all relief of conviction of D-1-DC-10-904094 12-10-10 conviction 12-10-10 cause # D-1-DC-10-202992 is the one of original cause numbers Dismissed mar
on may 6th 2011. The other cause # is D-1-DC-10-202993 it was dismissed after 12-10-10 conviction also it was Dismissed 1-6-11. There also was a solicitator to commit capitol murder used to convict me that was also dismissed on 8-24-11. All of these Dismissed causes were used to convict me of Attempted capitol murder where I was sentenced to 70 yrs. if I think All of These illegaly used causes to convict me of Attempted capitol murder are void by law, irrelevant and I should be given an aquittal and paid relief by the state of Texas, I am mentely ill. I'm not being given Due process of law and I should be set Free by the state of Texas.

## Prayer

I Lamar Lovett pray that this court finds me not guilty of said cause number and aquitts me and grants All Relief afforded by Law

## Declaration

I Lamar Lovett do declare under penelty of Perjury that all statements made in this motion are True and exact under penelty of Perjury of Law

Signed

Lamar Lovett TDCJ# 1687455
Lamar Lovett TCCC# 1513403
3614 Bill Price Rd
Del Valle TX 78617